UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-62176-ALTMAN/Hunt

**DEIDRE JORDAN**,

    *Plaintiff*,

v.

**VALENTINE & KEBARTAS, LLC**,

    *Defendant*.

_____/

## ORDER OF DISMISSAL

On November 5, 2021 the Court entered an Order administratively closing this case without prejudice to the parties to file a stipulation of dismissal by December 15, 2021 [ECF No. 10]. As of this writing, no stipulation of dismissal has been filed. Accordingly, the Court hereby

**ORDERS** that the case be **DISMISSED without prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of December 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record